IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTIAN FOSS,

    Petitioner,             No. 2:09-cv-3551-JAM-JFM (HC)

  vs.

MIKE MARTEL, *Warden*,

    Respondent.        <u>ORDER</u>

_____/

       On April 20, 2010, petitioner filed a request for reconsideration of the magistrate judge's order filed April 9, 2010, denying petitioner's motion for clarification, motions to defer briefing, and motion to order respondent to expedite the answer. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 9, 2010, is affirmed.

DATED: June 17, 2010

                                             /s/ John A. Mendez
                                             U. S. DISTRICT COURT JUDGE