IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTIAN FOSS,

        Petitioner,               No. 2:09-cv-3551-JAM-JFM (HC)

    vs.

MIKE MARTEL, *Warden*,

        Respondent.       <u>ORDER</u>

_____/

        On May 28, 2010, petitioner filed a motion for reconsideration of the magistrate judge's order filed May 17, 2010, in which respondent's motion for extension of time was granted.   Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 17, 2010, is affirmed.

DATED: June 17, 2010

                        /s/ John A. Mendez
_____U. S. DISTRICT COURT JUDGE