1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE EASTERN DISTRICT OF CALIFORNIA

7    RAYMOND CHRISTIAN FOSS,

8            Petitioner,                    No. 2:09-cv-3551 JAM JFM (HC)

9        vs.

10   MIKE MARTEL, Warden,

11           Respondent.              ORDER

12   _____/

13           Petitioner has requested the appointment of counsel.  There currently exists no

14   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

15   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

16   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

17   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

18   served by the appointment of counsel at the present time.

19           Accordingly, IT IS HEREBY ORDERED that petitioner's June 25, 2010 motion

20   for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage

21   of the proceedings.

22   DATED: July 20, 2010.

23

24                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
25

26   /mp014; foss3551.110