IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTIAN FOSS,

      Petitioner,                No. 2:09-cv-3551-JAM-JFM (HC)

    vs.

MIKE MARTEL, *Warden*,

      Respondent.            <u>ORDER</u>

_____/

        On June 24, 2011, petitioner filed a motion for reconsideration of the magistrate judge's orders filed June 10, 2011 and February 10, 2011. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that:

        1. Upon reconsideration, the orders of the magistrate judge filed February 10, 2011 and June 24, 2011 are affirmed; and

/////

/////

/////

1

2. Petitioner's June 27, 2011 motion for extension of time is granted. Petitioner shall file a traverse within twenty-one days of the date of this order.

DATED: October 5, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE