IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTIAN FOSS,

      Petitioner,                    No. 2:09-cv-3551-JAM-JFM (HC)

    vs.

MIKE MARTEL, *Warden*,

      Respondent.              <u>ORDER</u>

_____/

      Respondent has requested an extension of time to file an opposition to petitioner's motion for evidentiary hearing. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's December 28, 2011 and January 27, 2012 motions for enlargement of time are granted;

      2. Respondent shall file an opposition on or before February 29, 2012. No further extensions of time will be granted; and

      3. Petitioner's January 2, 2012 and January 29, 2012 motions to strike are denied.

DATED: February 16, 2012.

                                                    UNITED STATES MAGISTRATE JUDGE

/014;foss3551.111(3)