IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTIAN FOSS,

    Petitioner,           No. 2:09-cv-3551-JAM-JFM (HC)

    vs.

MIKE MARTEL, *Warden*,

    Respondent.         ORDER

_____/

On November 25, 2011, petitioner filed a motion for de novo review, which the court construes as a motion for reconsideration of the magistrate judge's order filed November 14, 2011. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 14, 2011 is affirmed.

DATED: March 5, 2012

                              /s/ John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE