IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTIAN FOSS,

    Petitioner,               No. 2:09-cv-3551 JAM JFM (HC)

    vs.

MIKE MARTEL, Warden,

    Respondent.          ORDER
_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. This court's order filed September 11, 2012 is corrected at page 2, lines 16-17, to change the word "twenty-one" to "thirty"; and

    2. Petitioner has thirty days from September 11, 2012 in which to file and serve objections to the findings and recommendations filed May 3, 2012.

DATED: September 12, 2012

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE