IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTIAN FOSS,

    Petitioner,  No. 2:09cv-3551 JAM JFM P

    vs.

MIKE MARTEL,

    Respondent.  ORDER
_____/

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 18, 2012, petitioner filed a motion to disqualify the undersigned. The motion is without merit.

    Accordingly, IT IS HEREBY ORDERED that petitioner's September 18, 2012 motion to disqualify (Doc. No. 104) is denied.

DATED: October 10, 2012

                                    /s/ John A. Mendez
                                    UNITED STATES DISTRICT COURT JUDGE

1