IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND CHRISTIAN FOSS,** | Case No. 2:09-cv-3551-JAM-JFM |
| Petitioner, | **ORDER** |
| v. | |
| **WILLIAM KNIPP, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 22, 2013, respondent filed a request to authorize redaction of the sexual assault victim's identifying information. Good cause having been presented to the court, IT IS HEREBY ORDERED that the Clerk of the Court is directed to maintain Document 109 under seal.

**Date: 1/31/2013**

_____
UNITED STATES MAGISTRATE JUDGE

/foss3551.seal

1