IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CHRISTIAN FOSS,

       Petitioner,               No. 2:09-cv-3551 JAM JFM P

    vs.

MIKE MARTEL, Warden,

       Respondent.        <u>ORDER</u>

_____/

        On February 4, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 1, 2013, directing the Clerk of the Court to maintain a document filed by petitioner under seal.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

1     Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

2   magistrate judge filed February 1, 2013, is affirmed.

3   DATED:   March 18, 2013

4                                              /s/ John A. Mendez
                                               UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26